**Order filed February 6, 2020**



In The

# Fourteenth Court of Appeals

_____

NO. 14-18-00403-CR
_____

**KENYA DESHUNE MCGUIRE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 178th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1536476**

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of State's Exhibit 7, a photospread in color (not black-and-white).

The clerk of the 178th District Court is directed to deliver to the Clerk of this court the original of State's Exhibit 7, a photospread in color, on or before February 13, 2020.

PER CURIAM

Panel Consists of Chief Justice Frost and Justices Wise and Hassan.